# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

Case # _5-20178_

Styled: _USA-v- Lester_

# A SEALED DOCUMENT WAS FILED

_Order_

Document # _2_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in
case 2:05-CR-20178 was distributed by fax, mail, or direct printing on
May 18, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT