# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. NO. 05-20178-B |
| vs. | ) |
| ELIJAH LESTER, | ) |
| Defendant. | ) |

## ORDER

The United States having requested that the Court unseal the Indictment, and the Court being satisfied that sealing is no longer necessary, it is hereby

ORDERED that all of the above document is UNSEALED.

Date: May 17, 2005
Memphis, Tennessee

UNITED STATES MAGISTRATE JUDGE

APPROVED: *Tom Colthurst* by *Scott*
Thomas A. Colthurst
Assistant U.S. Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20178 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT