FILED BY _____ M ____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY 25 PM 1:04

ROB____ ___ ___OLS
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

---

**UNITED STATES OF AMERICA**

v.                                                                              **05-20178-B**

**ELIJAH LESTER**

---

### ORDER ON ARRAIGNMENT

---

This cause came to be heard on **May 25, 2005**, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME **Bill Lewellen** who is Retained/**Appointed**.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.
___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

**S. Thomas Anderson**
UNITED STATES MAGISTRATE JUDGE

CHARGES: 21:846; 18:1956; 31: 5324(a)(3) & 5322(b) & 18:2; 31: 5317;

U. S. Attorney assigned to Case: T. Colthurst

Age: **47**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20178 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT