IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -2 PM 2: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR. NO. 05-20178-B |
| vs. | ) | |
| ELIJAH LESTER, | ) | |
| Defendant, | ) | |

## ORDER

Upon consideration of the Government's Motion to Allow Disclosure of Sealed Search Warrant and Title III Materials in Discovery, it is hereby:

ORDERED, ADJUDGED AND DECREED that copies of the following documents may be provided to the defendant and his attorneys in *United States v. Elijah Lester*, Cr. No. 05-20178-B:

1. the search warrants and applications in Misc. Nos. 05-SW-056 (W.D. Tenn.), and 05-SW-01012 (E.D. Ark.); and

2. the Title III applications, orders and affidavits in Misc. No. 04-WT-001 (W.D. Tenn.) dated July 9, 2004, and August 13, 2004.

IT IS FURTHER ORDERED that the above-mentioned documents and their contents shall not be discussed, disseminated or disclosed to anyone other than the named defendant and his counsel, or the staff of his counsel (full time secretaries and attorneys formally associated with the law firm), except upon the express authorization of this Court.

IT IS FURTHER ORDERED that the above-mentioned documents that are currently under seal shall remain sealed after the attorneys have been provided copies.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-3-05



IT IS FURTHER ORDERED that any attorney receiving the above-described items is not to disclose any information therein other than to prepare for trial and for the defense of his/her client.

Date: 8/2/05
Memphis, Tennessee

_____
United States District Court Judge

APPROVED: _____
Thomas A. Colthurst
Assistant U.S. Attorney

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20178 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

Bill Leuellen
LAW OFFICE OF BILL LEUELLEN
P.O. Box 287
Marianna, AR 72360

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT