# IN THE UNTIED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

VS                          Cr. No. 05-20178-B

ELIJAH LESTER
    Defendant.

## ORDER OF CONTINUANCE OF REPORT AND TRIAL DATES

UPON, motion of the Defendant **Elijah Lester** to continue the report and trial dates set in this cause for October 31, 2005 and November 7, 2005 respectively, and for good cause shown, the Court hereby finds that the said motion is well taken and shall be granted. The Report date in this cause is continued from October 31, 2005 to November 28, 2005 and trial from November 7, 2005 to December 5, 2005.

The time from October 31, 2005 to December 16, 2005 is excluded pursuant to the Speedy Trial Act 18 U.S.C. § 3161 (b) (8) (A) to facilitate additional time for defense counsel to prepare for trial and further the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant to a speedy trial.

IT IS SO ORDERED on this 31st day of October, 2005

                                           **HONORABLE J. BREEN**
                                           **U.S. DISTRICT COURT**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-2-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20178 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Bill Leuellen
LAW OFFICE OF BILL LEUELLEN
P.O. Box 287
Marianna, AR 72360

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT