IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                                      **Cr. No. 05-20178-B**

**ELIJAH LESTER**

    **Defendant.**

## ORDER APPROVING MOTION FOR EXTENSION OF SURRENDER DATE

For good cause shown, co-counsel of record, Samuel L. Perkins' motion for extension of time for the Defendant, Elijah Lester, to surrender is hereby **GRANTED.** The date for such surrender is therefore extended to May 17, 2007.

It is so **ORDERED,** this the 6th day of April, 2007.

                                          s/ J. DANIEL BREEN
                                          UNITED STATES DISTRICT JUDGE